UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Alan John Roers

       Debtor(s)

CASE NO. 23-40072
CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Robert C. Gainer**
**1307 50th Street**
**West Des Moines, IA 50266**
**rgainer@cutlerfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: January 24, 2023

Mary R. Jensen
Acting United States Trustee
Region 12

By: **/s/ Robert B. Raschke**
    Assistant United States Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE:  Alan John Roers                    CASE NO.  23-40072

        Debtor(s)                             CHAPTER 11

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

    (b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

    (c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $315.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: <u>January 23, 2023</u>                      Respectfully submitted,

                                                    By: _____
                                                    Robert C. Gainer   #IS9998471
                                                    CUTLER LAW FIRM, P.C.
                                                    1307 50TH Street
                                                    West Des Moines, Iowa 50266
                                                    Telephone: (515) 223-6600
                                                    E-mail:  rgainer@cutlerfirm.com